# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**MARTHA EDWARDS**                                                          **PLAINTIFF**

v.                                    No. 2:19-cv-91-DPM

**WAL-MART STORES, INC.;**
**WAL-MART STORES EAST, LP;**
**and WALMART, INC.**                                                       **DEFENDANTS**

## ORDER

This case was recently transferred from the Northern District of Mississippi. It appears to echo a case already pending here, which was filed before the transfer. No. 4:19-cv-180-BSM. The Court directs the Clerk to show the motion, № 26, as pending. Judge Miller has agreed to accept transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Miller by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2019