UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARTHA EDWARDS**                                                            **PLAINTIFF**

**v.**                      **CASE NO. 2:19-CV-00091-BSM**

**WAL-MART STORES EAST, L.P.**                             **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 77] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2021.

                                                              _/s/ Brian S. Miller_
                                                         UNITED STATES DISTRICT JUDGE