UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARTHA EDWARDS**                                                                                   **PLAINTIFF**

**v.**                              **CASE NO. 2:19-CV-00091-BSM**

**WAL-MART STORES EAST, L.P.**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE